# United States Court of Appeals
## For the First Circuit

No. 24-1844

BRAD O'BRIEN, Personal Representative of the Estate of Melissa

Allen,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 11, 2025, is amended as follows:

On page 18, line 3, replace "non health center patients" with "non-health center patients."

On page 23, line 17, replace "alarm a reasonable person" with "alert a reasonable person that."